IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ADRIAN KERMIT DUNCAN,          )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )    2:16cv191-MHT
                               )        (WO)
JEFFERSON S. DUNN, A.D.O.C.    )
Commissioner, et al.,          )
                               )
     Defendants.               )
```

ORDER

Pursuant to Fed. R. Civ. P. 41(a)(2), it is ORDERED as follows:

(1) Plaintiff's motion to dismiss certain defendants (doc. no. 123) is granted.

(2) Defendants Carter Davenport, Derrick Carter (referred to as "Warden Carter" in complaint), Walter Myers (referred to as "Warden Myers" in complaint), Nathaniel Lawson (referred to as "Cpt. Lawson" in complaint), Shawn Logan (referred to as "Lt. Logan" in complaint), Mitchell Borders (referred to as "Sgt. Borden" in complaint), Camelis Cargle (referred to as

"Capt. Cargill" in complaint), Kenneth Jones, Shontavius Smith, and Clatys Jenkins (referred to as "Cpt. Jenkins" in complaint) are dismissed from this action without prejudice and terminated as parties, with costs taxed as paid.

The court assumes that the defendants have no objection to this order; however, if there are any objections, they must be filed within seven days from the date of this order.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 8th day of September, 2016.

     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE