IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ADRIAN KERMIT DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv191-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, | ) | |
| A.D.O.C. Commissioner, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION AND ORDER

Plaintiff, a state prisoner, filed a motion for preliminary injunction seeking to be transferred from Easterling Correctional Facility into protective custody in a different facility, and also seeking access to litigation materials.  This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for preliminary injunction be denied.  Also before the court are plaintiff's objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that plaintiff's objections should

be overruled and the magistrate judge's recommendation adopted.

***

Accordingly, it is ORDERED that:

(1) Plaintiff's objections (doc. nos. 103 & 111) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 102) is adopted.

(3) Plaintiff's motion for a preliminary injunction (doc. no. 25) is denied.

This case is referred back to the magistrate judge for further proceedings.

DONE, this the 29th day of September, 2016.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**