IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADRIAN KERMIT DUNCAN, AIS #198585, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:16-CV-191-MHT ) |
| JEFFERSON S. DUNN, et al., | ) ) |
| Defendants. | ) ) |

**ORDER ON MOTION**

Upon consideration of the motion for order to compel action by the defendants filed by the plaintiff (Doc. No. 186), and in light of the response to this motion filed by the defendants on November 2, 2016, it is

ORDERED that the motion for order to compel action be and is hereby DENIED.

DONE this 2nd day of November, 2016.


/s/ Gray M. Borden
UNITED STATES MAGISTRATE JUDGE